# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

**McLean**

Case No. **10 12043**

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **September**   PETITION DATE: _____

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).

   Dollars reported in $1

2. **Asset and Liability Structure**

   |   | End of Current Month | End of Prior Month | As of Petition Filing |
   |---|---|---|---|
   | a. Current Assets | 620,180 | | |
   | b. Total Assets | 620,180 | | |
   | c. Current Liabilities | 957,481 | | |
   | d. Total Liabilities | 957,481 | | |

3. **Statement of Cash Receipts & Disbursements for Month**

   |   | Current Month | Prior Month | Cumulative (Case to Date) |
   |---|---|---|---|
   | a. Total Receipts | 3,741 | 8,312 | $0 |
   | b. Total Disbursements | 2,371 | 7,320 | $0 |
   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 1,370 | 992 | $0 |
   | d. Cash Balance Beginning of Month | 3,553 | 2,561 | $0 |
   | e. Cash Balance End of Month (c + d) | 4,923 | 3,553 | $0 |

   |   | Current Month | Prior Month | Cumulative (Case to Date) |
   |---|---|---|---|
   | 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
   | 5. Account Receivables (Pre and Post Petition) | $0 | | |
   | 6. Post-Petition Liabilities | | | |
   | 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

   At the end of this reporting month:

   |   |   | Yes | No |
   |---|---|---|---|
   | 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
   | 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
   | 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | X |
   | 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | |
   | 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
   | 13. | Are a plan and disclosure statement on file? | | X |
   | 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees **X**; Check if filing is current for: Post-petition tax reporting and tax returns: ___
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **10-15-10**

_____
Responsible Individual

Revised 1/1/98

Case: 10-12043   Doc# 49   Filed: 11/11/10   Entered: 11/11/10 16:26:57   Page 1 of 4

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 06/30/09

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | 14,986 so |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc.) | | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | | | |
| 6 | Total Current Assets | | 14,986 so |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | 5,400 |
| 9 | Furniture, Fixtures, and Equipment | | 54,500 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | 12,443 |
| 15 | Other: IRA/401K | | 4,500 |
| 16 | Horses | | |
| 17 | Total Long Term Assets | | 91,829 |
| 18 | Total Assets | | |
| | **Liabilities** | | |
| | Post-Petition Liabilities | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | | | |
| 25 | Total Current Liabilities | | |
| 26 | Long-Term Post Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | |
| 31 | General unsecured claims | | |
| 32 | Total Pre-Petition Liabilities | | |
| 33 | Total Liabilities | | |
| | **Equity (Deficit)** | | |
| 34 | Total Equity (Deficit) | | |
| 35 | Total Liabilities and Equity (Deficit) | | |

NOTE: Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 12/01

Case: 10-12043   Doc# 49   Filed: 11/11/10   Entered: 11/11/10 16:26:57   Page 2 of 4

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | 1533 Marcel Pl | | |
| 2 | Scheduled Gross Rents | 2400 | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | Savings 2071 | Checking 3164 | Property Acct 3413 |
| 11 | Account No. | | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | 4922 | 1785 | 8279 |
| 14 | Total Funds on Hand for all Accounts | 14986 $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | 2400 | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | 9503 | |
| 7 | Payroll | 1838 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 13,741 | |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | 1396 | |
| 32 | | 4850 | |
| 33 | | 3487 | |
| 34 | | | |
| | | 800 | |
| 35 | | 1838 | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $12,371 $0 | $0 |
| 38 | Net Increase (Decrease) in Cash | 2552 | $0 |
| 39 | Cash Balance, Beginning of Period | 13553 | |
| 40 | Cash Balance, End of Period | 14923 $0 | $0 |

Revised 1/1/98

Case: 10-12043    Doc# 49    Filed: 11/11/10    Entered: 11/11/10 16:26:57    Page 4 of 4